PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Medgyne Anglade                           Cr.: 15-00355-001
PACTS #: 984361

Name of Sentencing Judicial Officer:     THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/05/2016

Original Offense:     18 U.S.C. § 111(a)(1)&(2): Assault of a Federal Protective Officer

Original Sentence: 36 months' probation

Special Conditions: Special Assessment of $100, Mental Health Treatment, Education/Training Requirements

Type of Supervision: Probation                          Date Supervision Commenced: 01/05/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Medgyne Anglade was arrested by members of the West Orange Police Department on August 8, 2018 and charged with theft. The arrest occurred after an employee at the Bagel Box restaurant in West Orange, New Jersey, showed officers a picture of Ms. Anglade taking an iPhone 7 cellular phone off the counter near the cash register in the restaurant while no one was looking on July 28, 2018. |
| | The employee was under the impression that he misplaced his phone until he reviewed the security footage from that date. Ms. Anglade stated that she was not aware that the phone belonged to an employee of the restaurant, she stated that she thought that a customer left it. |

U.S. Probation Officer Action:

This officer is using STARR skills (Staff Training Aimed at Reducing Re-Arrest) to reprimand Ms. Anglade's behavior and to reshape her cognitions to consider consequences of risky behaviors, such as taking things that do not belong to her.

We respectfully request that no court action is taken until this case is resolved in West Orange Municipal Court.

Respectfully submitted,

Luis R. Gonzalez
2018.08.23 11:02:07
-04'00'

By: Maria Goodwater
U.S. Probation Officer
Date: 08/21/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

8/24/18
Date