# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**MAGISTRATE'S COURTROOM MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: _KATHARINE S. HAYDEN_ |
| v. | MAGISTRATE NO.: Click here to enter text. |
| | DATE OF PROCEEDINGS: Click here to enter text. |
| MEDGYNE ANGLADE | DATE OF ARREST: Click here to enter text. |

PROCEEDINGS: Click here to enter text.

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE: _____
( ) DETENTION / BAIL HRG.    DATE: _____
( ) TRIAL: ___ COURT ___ JURY    DATE: _____
( ) SENTENCING    DATE: _____
( ) OTHER: _____    DATE: _____

APPEARANCES:

AUSA _____ Click here to enter text. _____

DEFT. COUNSEL _____ Click here to enter text. _____

PROBATION _____

INTERPRETER _____
    1. Language: (        )

Time Commenced: _____
Time Terminated: _____
CD No: _____

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**NEWARK**    Click here to enter text.
**OFFICE**    **DATE OF PROCEEDINGS**

**MAGISTRATE JUDGE**
**DEPUTY CLERK:**

**TITLE OF CASE**:   Click here to enter text.

   US v. MEDGYNE ANGLADE

**APPEARANCES:**

   Click here to enter text., for Govt
   Click here to enter text., for defendant

**NATURE OF PROCEEDING:**   Click here to enter text.

   Defendant appeared before Mag. Judge
   Defendant informed of his rights, penalties and charges Defendant violated conditions of supervised release.

**Commenced:**
**Adjourned:**
**Tape/Index #:**

   _____
   **Deputy Clerk**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | DISTRICT # 15-cr-355(KSH) |
| | | MAGISTRATE # 19-8036 |
| | : | |
| v. | | |
| | : | ORDER |
| | : | |
| MEDGYNE ANGLADE | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on the 5th day of February, 2019,

ORDERED that Patrick McMahon from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
KATHARINE S. HAYDEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

: NO. Click here to enter text.

V. :

: NOTICE OF ATTORNEY APPEARANCE

MEDGYNE ANGLADE

:

SIR:

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR <u>MEDGYNE ANGLADE</u>, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: Click here to enter text.

SIGNATURE:

NAME: Click here to enter text.
(Please Print)

FIRM NAME:

ADDRESS:

TELEPHONE NUMBER:
Date

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| | |
|---|---|
| **IN THE UNITED STATES** ⁊ DISTRICT COURT ⁊ COURT OF APPEALS ⁊ OTHER *(Specify below)* | **LOCATION NUMBER** |
| IN THE CASE OF | |
| _____ v. _____ FOR _____ AT _____ | |

| PERSON REPRESENTED *(Show your full name)* | 1 ⁊ Defendant - Adult | **DOCKET NUMBERS** |
|---|---|---|
| | 2 ⁊ Defendant - Juvenile | Magistrate Judge |
| | 3 ⁊ Appellant | |
| | 4 ⁊ Probation Violator | District Court |
| | 5 ⁊ Supervised Release Violator | |
| | 5 ⁊ Habeas Petitioner | Court of Appeals |
| CHARGE/OFFENSE *(describe if applicable & check box ÿ)* ⁊ Felony | 7 ⁊ 2255 Petitioner | |
| ⁊ Misdemeanor | 8 ⁊ Material Witness | |
| | 9 ⁊ Other *(Specify)* _____ | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ⁊ Yes ⁊ No ⁊ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ⁊ Yes ⁊ No
**IF YES,** how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ⁊ Yes ⁊ No
**RECEIVED** **SOURCES**
**IF YES,** give the amount received and identify the sources
$ _____ _____
$ _____ _____
$ _____ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ⁊ Yes ⁊ No **IF YES,** total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ⁊ Yes ⁊ No
**VALUE** **DESCRIPTION**
**IF YES,** give value and description for each
$ _____ _____
$ _____ _____
$ _____ _____
$ _____ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
___ Single
___ Married        Total
___ Widowed       No. of
___ Separated or Divorced   Dependents

List persons you actually support and your relationship to them
_____
_____
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____   _____
SIGNATURE OF DEFENDANT            Date
*(OR PERSON REPRESENTED)*

○ CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Click here to enter text. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>Click here to enter text. | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY<br>G Felony        G Petty Offense<br>G Misdemeanor  G Other<br>G Appeal | 9. TYPE PERSON REPRESENTED<br>G Adult Defendant    G Appellant<br>G Juvenile Defendant  G Appellee  G Other | | 10. REPRESENTATION TYPE<br>*(See Instructions)* |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Click here to enter text. Click here to enter text.-Click here to enter text.

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*,<br>AND MAILING ADDRESS<br>Click here to enter text.<br><br><br><br><br>Telephone Number : | 13. COURT ORDER<br>G O  Appointing Counsel        G C  Co-Counsel<br>G F  Subs For Federal Defender   G R  Subs For Retained Attorney<br>G P  Subs For Panel Attorney     G Y  Standby Counsel<br><br>Prior Attorney's Name:<br>   Appointment Dates:<br>G Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>G Other *(See Instructions)* |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* | Signature of Presiding Judge or By Order of the Court<br>Click here to enter text.<br>Date of Order                    Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment.     G YES     G NO |

| **CLAIM FOR SERVICES AND EXPENSES** | | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|---|
| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | | 0.00 | | 0.00 | |
| b. Bail and Detention Hearings | | 0.00 | | 0.00 | |
| c. Motion Hearings | | 0.00 | | 0.00 | |
| In Court d. Trial | | 0.00 | | 0.00 | |
| e. Sentencing Hearings | | 0.00 | | 0.00 | |
| f. Revocation Hearings | | 0.00 | | 0.00 | |
| g. Appeals Court | | 0.00 | | 0.00 | |
| h. Other *(Specify on additional sheets)* | | 0.00 | | 0.00 | |
| **(RATE PER HOUR = $           )  TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16. a. Interviews and Conferences | | 0.00 | | 0.00 | |
| b. Obtaining and reviewing records | | 0.00 | | 0.00 | |
| Out of Court c. Legal research and brief writing | | 0.00 | | 0.00 | |
| d. Travel time | | 0.00 | | 0.00 | |
| e. Investigative and other work *(Specify on additional sheets)* | | 0.00 | | 0.00 | |
| **(RATE PER HOUR = $           )  TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 0.00 | | 0.00 | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>**FROM:**_____  **TO:**_____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS        G Final Payment        G Interim Payment Number_____        G Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this    G YES    G NO    If yes, were you paid?    G YES    G NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?    G YES    G NO        If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**
Signature of Attorney_____        Date_____

| **APPROVED FOR PAYMENT — COURT USE ONLY** | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT.<br>$0.00 |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | DATE | | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED<br>$0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | DATE | | 34a. JUDGE CODE |

# UNITED STATES DISTRICT COURT
for the District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. Click here to enter text. |
| MEDGYNE ANGLADE | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _____

    *Defendant's signature*

    *Signature of defendant's attorney*

    *Printed name and bar number of defendant's attorney*

    *Address of defendant's attorney*

    *E-mail address of defendant's attorney*

    *Telephone number of defendant's attorney*

    *FAX number of defendant's attorney*

**UNITED STATES DISTRICT COURT**

For the     **District of**     New Jersey

United States of America

v.

MEDGYNE ANGLADE

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: Click here to enter text.

IT IS ORDERED on this Click here to enter text. day of Click here to enter text., 2015 that the release of the defendant is subject to the following conditions:
(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at $_____ and the defendant shall be released upon:

( ) Executing an unsecured appearance bond ( ) with co-signor(s)_____;
( ) Executing a secured appearance bond ( ) with co-signor(s)_____, and ( ) depositing in cash in the registry of the Court _____ % of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at _____. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:
( ) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
( ) The defendant shall be released into the third party custody of _____

*who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.*

Custodian Signature: _____ Date: _____

- (  ) The defendant's travel is restricted to (  ) New Jersey (  ) Other _____
  _____ (  ) unless approved by Pretrial Services (PTS).
- (  ) Surrender all passports and travel documents to PTS. Do not apply for new travel documents.
- (  ) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.
- (  ) Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed by _____ and verification provided to PTS.
- (  ) Mental health testing/treatment as directed by PTS.
- (  ) Abstain from the use of alcohol.
- (  ) Maintain current residence or a residence approved by PTS.
- (  ) Maintain or actively seek employment and/or commence an education program.
- (  ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.
- (  ) Have no contact with the following individuals: _____
- (  ) Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which (  ) will or (  ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
  - (  ) (i) Curfew. You are restricted to your residence every day (  ) from ____ to ____, or (  ) as directed by the pretrial services office or supervising officer; or
  - (  ) (ii) Home Detention. You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment (  ) is permitted (  ) is not permitted.
  - (  ) (iii) Home Incarceration. You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.
- (  ) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.
  - (  ) (i) No Computers - defendant is prohibited from possession and/or use of computers or connected devices.
  - (  ) (ii) Computer - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);
  - (  ) (iii) Computer With Internet Access: defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.
  - (  ) (iv) Consent of Other Residents - by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.
- (  ) Other: _____
- (  ) Other: _____
- (  ) Other: _____

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of the Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:_____ Click here to enter text.    _____
*Judicial Officer's Signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. Click here to enter text. |
| MEDGYNE ANGLADE | ) | |
| *Defendant* | ) | |

**APPEARANCE BOND**

**Defendant's Agreement**

I, MEDGYNE ANGLADE *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )     to appear for court proceedings;
    ( X )     if convicted, to surrender to serve a sentence that the court may impose; or
    (   )     to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

(  ) (1) This is a personal recognizance bond.

(  ) (2) This is an unsecured bond of $_____.

(  ) (3) This is a secured bond of $_____, secured by:

    (  ) (a) $_____, in cash deposited with the court.

    (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
        *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

 (1) all owners of the property securing this appearance bond are included on the bond;
 (2) the property is not subject to claims, except as described above; and
 (3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*Judge's signature*

| AO 92 | COMMITMENT | |
|---|---|---|
| (Rev. 6/83) | | |

| United States District Court | DISTRICT<br>New Jersey |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MEDGYNE ANGLADE | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>Click here to enter text. |

The above named defendant was arrested upon the complaint of

charging a violation of    Click here to enter text. USC § Click here to enter text.

| **DISTRICT OF OFFENSE**<br>New Jersey | DATE OF OFFENSE |
|---|---|

DESCRIPTION OF CHARGES:

Click here to enter text.

**BOND IS FIXED AT**
$           Detained

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

Click here to enter text.
*Date*                                          *United States Judge or Magistrate*

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA
V.
MEDGYNE ANGLADE

_____
Defendant

**AGREEMENT TO FORFEIT PROPERTY**

CASE         Click here to enter text.

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

and there has been posted with the court the following indicia of my/our ownership of the property:

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the

The conditions of this agreement are that the defendant _____ MEDGYNE ANGLADE _____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States.  Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property  together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on __Click here to enter text.____ a _____ USDC, Newark, NJ _____
               (Date)                                       (Place)

Defendant _____           Address _____

Owner(s)/ _____           Address _____

Obligor(s) _____          Address _____

_____                     Address _____

Signed and acknowledged before me on _____
                                              (Date)

_____
(Judicial Officer/Clerk)

Approved: _____
         (Judicial Officer)

# UNITED STATES DISTRICT COURT
For the District of New Jersey

|  |  |
|---|---|
| United States of America<br>v.<br>**MEDGYNE ANGLADE**<br>_____<br>*Defendant* | )<br>)<br>) Case No. Click here to enter text.<br>)<br>) |

**DETENTION ORDER PENDING TRIAL**

After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), I conclude that these facts require that the defendant be detained pending trial.

**Part I—Findings of Fact**

G (1)   The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has previously been convicted

   of   G a federal offense   G a state or local offense that would have been a federal offense if federal

   jurisdiction had existed - that is

   G a crime of violence as defined in 18 U.S.C. § 3156(a)(4) or an offense listed in 18 U.S.C. § 2332b(g)(5)
      for which the prison term is 10 years or more.

   G an offense for which the maximum sentence is death or life imprisonment.

   G an offense for which a maximum prison term of ten years or more is prescribed in _____
      _____ .*

   G a felony committed after the defendant had been convicted of two or more prior federal offenses
      described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses:

   G any felony that is not a crime of violence but involves:

      G a minor victim

      G the possession or use of a firearm or destructive device or any other dangerous weapon

      G a failure to register under 18 U.S.C. § 2250

G (2)   The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state release or local offense.

G (3)   A period of less than five years has elapsed since the   G date of conviction   G the defendant's release
   from prison for the offense described in finding (1).

G (4)   Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition will reasonably assure the safety of another person or the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings (A)**

G (1)   There is probable cause to believe that the defendant has committed an offense

   G for which a maximum prison term of ten years or more is prescribed in _____ .

   G under 18 U.S.C. § 924(c).

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

# UNITED STATES DISTRICT COURT
for the District of New Jersey

G (2)   The defendant has not rebutted the presumption established by finding 1 that no condition will reasonably assure the defendant's appearance and the safety of the community.

**Alternative Findings (B)**

G (1)   There is a serious risk that the defendant will not appear.

G (2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

**Part II— Statement of the Reasons for Detention**

I find that the testimony and information submitted at the detention hearing establishes by    G clear and convincing evidence    G a preponderance of the evidence that

**Part III—Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  The defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Date: _____

_____
*Judge's Signature*

_____
*Name and Title*

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).